1  NANCY L. OBER, Bar No. 49683
   Email: nlober@littler.com
2  LITTLER MENDELSON
   A Professional Corporation
3  650 California Street, 20th Floor
   San Francisco, CA  94108.2693
4  Telephone:    415.433.1940
   Fax:          415.399-8490
5
   Attorneys for Defendants
6  THE HSBC - NORTH AMERICA (U.S.)
   FLEXIBLE BENEFITS PLAN and
7  BLUECROSS BLUESHIELD OF ILLINOIS

8
                           UNITED STATES DISTRICT COURT
9
                          EASTERN DISTRICT OF CALIFORNIA
10

11 | JENNIFER SHROYER,                          | Case No.  10-CV-03079-LKK-DAD
12 |                Plaintiff,                  | **STIPULATION AND ORDER ENLARGING TIME TO RESPOND TO COMPLAINT**
13 |        v.                                  |
14 | THE HSBC - NORTH AMERICA (U.S.)            | **[L.R. 144]**
   | FLEXIBLE BENEFITS PLAN and
15 | BLUECROSS BLUESHIELD OF ILLINOIS,          | Complaint Filed: November 15, 2010
16 |                Defendant.
17

18         Plaintiff JENNIFER SHROYER and Defendants THE HSBC - NORTH AMERICA
19 (U.S.) FLEXIBLE BENEFITS PLAN (the "Plan") and BLUECROSS BLUESHIELD OF
20 ILLINOIS, through their respective counsel, hereby stipulate and agree as follows:
21         The time within which Defendants may respond to the Complaint is extended up to
22 and including January 11, 2011, which is fifteen (15) days from the date on which the response of
23 Defendant Plan would otherwise be due.  In accordance with L.R. 144, this extension does not
24 exceed twenty-eight (28) days for either Defendant.
25         There have been no previous extensions of time in this matter.
26         This extension will not alter the date of any event or deadline already fixed by Court
27 order.
28

LITTLER MENDELSON
A Professional Corporation
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER                                    Case No. 10-CV-03079-LKK-DAD

Dated: December 20, 2010

      /s/ *Nancy L. Ober*
NANCY L. OBER
LITTLER MENDELSON
A Professional Corporation
Attorneys for Defendants
THE HSBC - NORTH AMERICA (U.S.)
FLEXIBLE BENEFITS PLAN and
BLUECROSS BLUESHIELD OF ILLINOIS

Dated: December 20, 2010

      /s/ *Lisa S. Kantor*
LISA S. KANTOR
ELIZABETH K. GREEN
KANTOR & KANTOR
Attorneys for Plaintiff
JENNIFER SHROYER

Pursuant to the stipulation of the parties, IT IS SO ORDERED.

Dated: December 21, 2010

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA 94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER   2.   Case No. 10-CV-03079-LKK-DAD