1 | NANCY L. OBER, Bar No. 49683
Email: nlober@littler.com
2 | LITTLER MENDELSON
A Professional Corporation
3 | 650 California Street, 20th Floor
San Francisco, CA  94108.2693
4 | Telephone:    415.433.1940
Fax:              415.399-8490
5

6 | Attorneys for Defendants
THE HSBC - NORTH AMERICA (U.S.)
FLEXIBLE BENEFITS PLAN and
7 | BLUECROSS BLUESHIELD OF ILLINOIS

8

UNITED STATES DISTRICT COURT

9

EASTERN DISTRICT OF CALIFORNIA

10

11 | JENNIFER SHROYER,                                    Case No.  10-CV-03079-LKK-DAD

12 |            Plaintiff,        **STIPULATION AND ORDER
ENLARGING TIME TO RESPOND TO
13 |     v.                                              COMPLAINT AND EXTENDING DUE
DATE FOR THE PARTIES' STATUS
14 | THE HSBC - NORTH AMERICA (U.S.)        REPORTS**
FLEXIBLE BENEFITS PLAN and
15 | BLUECROSS BLUESHIELD OF                     **[L.R. 144]**
ILLINOIS,
16 |                                                                Complaint Filed:  November 15, 2010
          Defendant.
17

18 |        Plaintiff JENNIFER SHROYER and Defendants THE HSBC - NORTH AMERICA

19 | (U.S.) FLEXIBLE BENEFITS PLAN (the "Plan") and BLUECROSS BLUESHIELD OF

20 | ILLINOIS, through their respective counsel, hereby stipulate and agree as follows:

21 |        1.     The time within which Defendants may respond to the Complaint is extended

22 | by one week, to and including January 18, 2011.  This extension of time is needed to allow

23 | Defendants additional time to investigate the allegations of the Complaint, a process which has been

24 | impeded due to the absence of key personnel during the holidays.

25 |        2.     To allow consideration of Defendants' response to the Complaint in the

26 | preparation of the parties' Status Reports / Rule 26 case management reports, the time within which

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER                                      Case No. 10-CV-03079-LKK-DAD

1  the parties may file such reports is extended from January 14, 2010 to and including January 19,

2  2011.

3          3.      There has been one previous extension of time for Defendants to file their

4  response to the Complaint in this matter.

5  Dated: January 7, 2011

6

7                                          _____/s/_____
                                           NANCY L. OBER
8                                          LITTLER MENDELSON
                                           A Professional Corporation
9                                          Attorneys for Defendants
                                           THE HSBC - NORTH AMERICA (U.S.)
10                                         FLEXIBLE BENEFITS PLAN and
                                           BLUECROSS BLUESHIELD OF ILLINOIS
11

12  Dated: January 7, 2011

13                                         _____/s/_____
                                           LISA S. KANTOR
14                                         ELIZABETH K. GREEN
                                           KANTOR & KANTOR
15                                         Attorneys for Plaintiff
                                           JENNIFER SHROYER
16

17          Good cause appearing, IT IS SO ORDERED.

18

19  Dated: January _11, 2011

20

21

22  _____
    LAWRENCE K. KARLTON
23  SENIOR JUDGE
    UNITED STATES DISTRICT COURT
24

25

26

27

28

LITTLER MENDELSON
A PROFESSIONAL CORPORATION
650 California Street
20th Floor
San Francisco, CA  94108.2693
415.433.1940

STIPULATION AND PROPOSED ORDER          2.          Case No. 10-CV-03079-LKK-DAD