IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JENNIFER SHROYER,

      Plaintiff,                    No. CIV S-10-3079 DAD

    v.

THE HSBC - NORTH AMERICA (U.S.) FLEXIBLE BENEFITS PLAN; BLUECROSS BLUESHIELD OF ILLINOIS,                    ORDER

      Defendants.
_____/

        By notice filed June 16, 2011 (Doc. No. 20), counsel for plaintiff has informed the court that the parties have reached a settlement. Dispositional documents are to be filed within forty-five (45) days after service of this order. In light of the notice filed by counsel, all pending dates, including the settlement conference set for June 23, 2011, and the bench trial set for October 31, 2011, are vacated.

        IT IS SO ORDERED.

DATED: June 17, 2011.

                                            _____
                                            DALE A. DROZD
DAD:kw                                    UNITED STATES MAGISTRATE JUDGE
ddad1\orders.consent\shroyer3079.dispo.docs