Lisa S. Kantor (SBN 110678)
lkantor@kantorlaw.net
KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525 (Tel)
(818) 350 6272 (Fax)

Attorneys for Plaintiff
JENNIFER SHROYER

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER SHROYER,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>THE HSBC - NORTH AMERICA (U.S.) FLEXIBLE BENEFITS PLAN; BLUECROSS BLUESHIELD OF ILLINOIS,<br><br>　　　　　　Defendants. | Case No.: CIV-S-10-3079 DAD<br><br>**REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER** |

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff Jennifer Shroyer, by and through her counsel of record, hereby requests that the above entitled action be dismissed in its entirety, with prejudice.

DATED: August 9, 2011　　　　　　　　　　　KANTOR & KANTOR


　/s/ Lisa S. Kantor
By:  Lisa S. Kantor
Attorney for Jennifer Shroyer

**ORDER**

Plaintiff's request for dismissal with prejudice (Doc. No. 22) is hereby granted. The action is dismissed with prejudice pursuant to Fed. R. Civ. P. 41(a)(2), and the Clerk of the Court is directed to close the case.

IT IS SO ORDERED.

**Date: 8/10/2011**

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.consent\shroyer3079.ord.reqdism.gr

KANTOR & KANTOR LLP
19839 Nordhoff Street
Northridge, California 91324
(818) 886 2525

2
REQUEST FOR DISMISSAL WITH PREJUDICE; ORDER